

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JUSTIN RYAN LEBLANC, | § | No. 08-22-00218-CV |
| Appellant, | § | Appeal from the |
| v. | § | 419th District Court |
| MICHELE RENEE LEBLANC, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-FM-20-005276) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 20, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Adam Pugh, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 20, 2023.

IT IS SO ORDERED this 10th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.